THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| AGAPITO SARABIA, Individually and on Behalf of All Others Similarly Situated, | Case No.: 4:17-cv-02092<br>Collective Action (29 U.S.C. § 216(b)) |
| v. | |
| SPITZER INDUSTRIES, INC. | |

**ORDER APPROVING JOINT MOTION FOR CONFIDENTIAL APPROVAL OF SETTLEMENT AGREEMENT AND DISMISSAL WITH PREJUDICE**

Pending before this Court is the Parties' Joint Motion for Confidential Approval of Settlement Agreement and Dismissal with Prejudice. Having considered the Parties' Joint Motion, and having found that the Parties' settlement is fair and equitable, the Court determines that the Parties' Joint Motion should be GRANTED in all respects. Therefore, the Court ORDERS that the Parties' settlement is approved and that this action is dismissed in its entirety, with prejudice, the parties to bear their own costs, expenses and attorneys' fees.

Signed on this 25th day of May, 2018.

HONORABLE KEITH P. ELLISON
UNITED STATES DISTRICT COURT JUDGE

8